

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00133-CR

Christopher G. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-02-0049-CRA
Honorable Lynn Ellison, Judge Presiding

Opinion by:    Irene Rios, Justice

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: May 5, 2021

AFFIRMED

A jury convicted Christopher G. Martinez of the offense of aggravated sexual assault of a child and two counts of indecency with a child by sexual contact, and the trial court sentenced Martinez to eighteen years' imprisonment for each count with the sentences to run concurrently. Because we conclude this appeal is frivolous and without merit, we affirm the trial court's judgment and grant counsel's motion to withdraw.

Martinez's court-appointed appellate counsel filed a brief with this court stating he conducted a professional evaluation of the record and determined there are no arguable grounds to

be advanced on Martinez's behalf.  *See Anders v. California*, 386 U.S. 738, 744 (1967).  With citations to the record and legal authority, counsel explains why he concluded the appeal is without merit.  Counsel states he thoroughly reviewed the record, including the indictment and evidence adduced at trial, as well as the adequacy of the punishment proceedings.  The brief meets the requirements of *Anders* as it presents a professional evaluation showing why there is no basis to advance an appeal.  *Id.* at 744–45; *Stafford v. State*, 813 S.W.2d 503, 509–10, 510 n.3 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. 1978).

Counsel provided Martinez with copies of counsel's *Anders* brief and motion to withdraw, as well as a copy of the appellate record, and informed Martinez of his right to file his own brief, and to seek discretionary review should this court conclude Martinez's appeal is frivolous.  *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).  Thereafter, we set deadlines for Martinez to file a *pro se* brief. Martinez did not file a *pro se* brief.

After reviewing the record and counsel's *Anders* brief, we conclude there is no reversible error and agree this appeal is frivolous and without merit.  Accordingly, the trial court's judgment is affirmed, and counsel's motion to withdraw is granted.[1]  *See Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.

Irene Rios, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed.  Should Martinez wish to seek further review of this case by the Texas Court of Criminal Appeals, Martinez must either retain an attorney to file a petition for discretionary review or Martinez must file a *pro se* petition for discretionary review.  Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court.  *See* TEX. R. APP. P. 68.2.  Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals.  *See* TEX. R. APP. P. 68.3.  Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 68.4.